UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>　　　　　　Defendant. | Case No. 2:21-CV-00073-JDP<br>(Underlying Litigation – E.D. Cal.)<br><br><br>D.D.C. Case No. 1:23-mc-00125-TJK |

### DECLARATION OF PETER MEIER IN SUPPORT OF DEFENDANT PACIFIC BELL'S RESPONSE IN OPPOSITION TO THE ENVIRONMENTAL DEFENSE FUND'S MOTION TO QUASH OR LIMIT SUBPOENA, AND TO TRANSFER THIS MOTION TO THE ISSUING DISTRICT COURT

I, Peter Meier, hereby declare as follows:

1.　I am a partner at the law firm of Paul Hastings LLP and counsel for Movant Pacific Bell Telephone Company ("Pacific Bell") in the underlying litigation captioned *California Sportfishing Protection Alliance v. Pacific Bell Telephone Company*, No. 2:21-cv-00073-MCE-JDP (E.D. Cal.). I submit this declaration in support of Pacific Bell's response in opposition to the Environmental Defense Fund's ("EDF") motion to quash Pacific Bell's subpoena (the "Opposition"). I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2.　In the weeks after EDF was served with the Subpoena on August 8, 2023, counsel of EDF and Pacific Bell met and conferred several times.

3.　On October 3, 2023, Pacific Bell sent EDF's counsel a meet and confer letter requesting search terms and custodians. The letter explained that for the purposes of

compromise, it was willing to agree to an agreed-to list of terms and custodians, and that EDF may withhold Internal Public Relations Documents if it produced by October 13. Pacific Bell also offered to compromise on the date range by limiting it to the time period when EDF first discussed the Lake Tahoe lawsuit or the Wall Street Journal investigation. A true copy of the October 3 letter is attached to Pacific Bell's Opposition as **Exhibit 33**.

4. On October 3, 2023, EDF sent Pacific Bell's counsel a meet and confer letter which proposed search terms and custodians related to the subpoena. The letter included five public relations personnel as relevant custodians and requested a date range from March 2022 through August 2023. A true copy of the October 3 letter is attached to Pacific Bell's Opposition as **Exhibit 47**.

5. On October 4, 2023, Pacific Bell sent EDF's counsel a meet and confer letter in which it reiterated its willingness to compromise as to search terms and custodians, so long as EDF produced by October 13. A true copy of the October 4 letter is attached to Pacific Bell's Opposition as **Exhibit 34**.

6. On October 5, 2023, EDF's counsel sent Pacific Bell's counsel a meet and confer letter responding that it would only run searches with the original custodians it had identified previously. A true copy of the October 5 letter is attached to Pacific Bell's Opposition as **Exhibit 43**.

7. On October 5, 2023, Pacific Bell sent EDF's counsel a meet and confer letter listing the search terms and custodians it was willing to agree to for the purposes of compromise. The list limited EDF's searches to relevant parties and documents related to lead conduits or cables. Additionally, Pacific Bell explained that it was amenable to a date range from March

DECLARATION OF PETER MEIER IN SUPPORT OF
PACIFIC BELL'S OPPOSITION TO EDF MOTION TO QUASH

2022 through a yet to be identified date in August 2023. A true copy of the October 5 letter is attached to Pacific Bell's Opposition as **Exhibit 48**.

8. On October 9, 2023, EDF sent Pacific Bell's counsel a meet and confer letter noting the parties' agreement on the search terms and custodians EDF had used. A true copy of the October 9 letter is attached to Pacific Bell's Opposition as **Exhibit 49**.

9. During a meet and confer with EDF's counsel, counsel for EDF stated that EDF had authored over 1,000 emails on "public relations"—all focused on the lead-cable investigation.

10. EDF's counsel originally stated that the *Wall Street Journal* might intervene to protect its communications on the ground of "journalistic privilege." But counsel for EDF has since stated that the *Wall Street Journal* will not intervene.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed December 5, 2023 in San Francisco, California.

By: /s/ Peter C. Meier
Peter C. Meier
Attorney for Defendant/Respondent
PACIFIC BELL TELEPHONE COMPANY